In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK Relative to Acquiring Title to East One Hundred and Sixty-first Street, from Elton Avenue to Mott Avenue.

THE CITY OF NEW YORK, Appellant; THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Matter of City of New York (East 161st Street)*, 135 App. Div. 912, affirmed.
(Argued April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1909, which affirmed an order of Special Term dismissing a petition for the appointment of commissioners of estimate and assessment in the above-entitled proceeding so far as the same relates to land owned by the respondent herein.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly and Clarence L. Barber of counsel), for appellant.*

*George H. Walker and Ira A. Place for respondent.*

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.